# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| FRANCISCO GARCIA, Individually and on behalf of All Others Similarly Situated, § § § *Plaintiff*, § § v. § § DRILL-CHEM, LLC, § § *Defendant*. § | Civil Action No. SA-15-CA-1162-XR |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendant file this Joint Notice of Settlement and hereby advise the Court that the parties have settled and resolved their dispute. Settlement documents will be prepared and finalized and a Joint Motion to Dismiss with Prejudice will be filed within the next thirty (30) days.

Respectfully submitted,

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

By:   /s/ Josh Sanford_____
Josh Sanford
Texas. Bar No. 24077858
josh@sanfordlawfirm.com

**ATTORNEYS FOR PLAINTIFF FRANCISCO GARCIA, Individually and on behalf of All Others Similarly Situated**

{C1345358.DOCX:2}

        **AND**

        BRANSCOMB | PC
        802 North Carancahua, Suite 1900
        Corpus Christi, Texas  78401
        Telephone:  (361) 886-3800
        Facsimile:  (361) 886-3805

By:    /s/ Keith B. Sieczkowski
        Keith B. Sieczkowski
        Attorney in Charge
        TSB # 18341650
        Fed. I.D. #  7118
        ksieczkowski@branscombpc.com
        Heather M. Lucas
        TSB # 24075304
        Fed. I.D. # 1223427
        hlucas@branscombpc.com

        **ATTORNEYS FOR DEFENDANT**
        **DRILL-CHEM, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 29, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of Court by the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Josh Sanford
SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211

        /s/ Keith B. Sieczkowski_____
        Keith B. Sieczkowski
        Heather M. Lucas

{C1345358.DOCX:2}