UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRANCISCO GARCIA, ET AL., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| VS. | )   Civil Action No: SA-15-CA-1162-XR |
| | ) |
| DRILL-CHEM, LLC, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

The parties have informed the Court that they have reached a settlement of the claims in this case. Docket no. 27. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines, including trial, and ORDERS the parties to submit a stipulation of dismissal, agreed judgment, and/or a motion to approve settlement on or before **June 2, 2016.** *See* FED. R. CIV. P. 41. If the parties are unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to file the documents.

It is so ORDERED.

SIGNED this 2nd day of May, 2016.

                                            XAVIER RODRIGUEZ
                                            UNITED STATES DISTRICT JUDGE