# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **FRANCISCO GARCIA, ROGELIO FISCAL, CLIFF ELLISON, AND MARK ELLISON,** *Plaintiffs,* § § § § § | |
| v. § | Civil Action No. SA-15-CA-1162-XR |
| **DRILL-CHEM, LLC,** *Defendant.* § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Francisco Garcia, Rogelio Fiscal, Cliff Ellison, and Mark Ellison along with Defendant Drill-Chem, LLC (collectively referred to as the "Parties") hereby enter the following stipulation: The Parties stipulate to the dismissal of this case with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Further, the Parties also agree that they shall bear their own costs.

Respectfully submitted,

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

By:    /s/ Josh Sanford_____
Josh Sanford
Texas. Bar No. 24077858
josh@sanfordlawfirm.com

**ATTORNEYS FOR PLAINTIFFS
FRANCISCO GARCIA, ROGELIO FISCAL,
CLIFF ELLISON, AND MARK ELLISON**

                                **AND**

                                BRANSCOMB | PC
                                802 North Carancahua, Suite 1900
                                Corpus Christi, Texas  78401
                                Telephone:  (361) 886-3800
                                Facsimile:  (361) 886-3805

      By:    /s/ Keith B. Sieczkowski
              Keith B. Sieczkowski
              Attorney in Charge
              TSB # 18341650
              Fed. I.D. #  7118
              ksieczkowski@branscombpc.com
              Heather M. Lucas
              TSB # 24075304
              Fed. I.D. # 1223427
              hlucas@branscombpc.com

              **ATTORNEYS FOR DEFENDANT**
              **DRILL-CHEM, LLC**

## CERTIFICATE OF SERVICE

     I hereby certify that on June 2, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of Court by the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Josh Sanford
SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211

                                         /s/ Keith B. Sieczkowski
                                         Keith B. Sieczkowski
                                         Heather M. Lucas